# EXHIBIT 1

| | | AUSA: Andrea Hutting | Telephone: 313-226-9110 |
|---|---|---|---|
| AO 106 (Rev. 04/10) Application for a Search Warrant | Special Agent: | Brandon Kushel, DEA | Telephone: 313-234-4000 |

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MICHIGAN

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.  16-mc-50017-19
██████ Santa Rosa )
Detroit, MI )
(More fully described in Attachment A) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

located in the ____EASTERN_____ District of ___MICHIGAN_____, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed.R.Crim.P.41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§841(a)(1) and 846 | Conspiracy to Possess with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 852 | Importation of Controlled Substances |

The application is based on these facts:

See attached AFFIDAVIT.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

BY: _____ Deputy
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
I hereby certify that the foregoing is a true copy of the original on file in this Office.

_____
*Applicant's signature*

Brandon Kushel, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __July 6, 2016_____

**ANTHONY P. PATTI**

_____
*Judge's signature*

City and state:  __Detroit, MI__._____

Anthony P. Patti,  United States Magistrate Judge
*Printed name and title*

## 001

All Defendants-00002560

### Phillip GRANGER

38.     Phillip GRANGER is a black male, date of birth ███Redacted███86, and has been identified as a drug customer of WATKINS. In addition, GRANGER appears to maintain or check on WATKINS' marijuana grow operation, based on intercepted wire communications occurring over Telephone 3.

39.     On May 19, 2016, at approximately 11:37 a.m., investigators intercepted a telephone call between WATKINS, utilizing Telephone 3, and GRANGER. During the conversation GRANGER states, "Shit. Need you," indicating he wanted to conduct a drug transaction with WATKINS. WATKINS proceeds to tell GRANGER where a bag is located in "your backyard" and "…It's a bag out there, just [U/I] up another half," which, your affiant believes, is in relation to obtaining an undisclosed quantity of drugs from the bag. In addition, open source data indicates GRANGER resides at ███ Santa Rosa, which is owned by WATKINS, per tax records. The conversation continues and GRANGER states, "The plants were still damp, damp as hell," which, your affiant believes, is in reference to the condition of the plants at a marijuana grow house and stash house operated by WATKINS at ███ Ryan Road. WATKINS responds, "Oh, okay. That's cool. I just want you to check on them…," indicating that he wanted GRANGER to check on the plants in his absence. Intercepted wire

All Defendants-00002585

this location is significant to this DTO, as WATKINS dispatched an individual in an attempt to identify vehicles he believed were suspicious, or potentially law enforcement. Based on the interception law enforcement was able to terminate surveillance before being fully identified.

74.     Based on training, experience, and extensive knowledge of this investigation, your affiant believes there is probable cause that evidence of the Target Offenses, as described in Attachment B, will be found at ██████ Livernois Avenue, Detroit, MI.

### ██████ Santa Rosa Drive (Search Location F)

██████ Santa Rosa is a single family bungalow located north of Pembroke Avenue and south of Chippewa Street on the west side of Santa Rosa in Detroit, Michigan. The driveway is located on the south side of the residence. The exterior of the residence is covered by white siding, running in horizontal planks. Leading up to the porch which leads to the front door, there are two gray concrete steps. The front porch is covered by a section of roofing, which is supported by two white pillars on either side of the front porch. The front door of the residence is white in color and is covered by a white storm door. The numbers ██████ are black in color and are affixed to a white placard located beside the front door on the north side. There is a black mailbox located on the south side of the front door. The roof of the residence is light colored.

75.     This is a residence that is associated with WATKINS. Property records for tax year 2015 indicate that Julian WATKINS is the owner of this residence. Open source databases indicate that Phillip GRANGER, date of birth

003

All Defendants-00002604

07/31/1986 is the current resident. In addition, on June 12, 2016, surveillance of this residence revealed a vehicle bearing Michigan plate BAF886, which is registered to Phillip GRANGER, in the driveway of this residence. Furthermore, GRANGER has a Michigan driver's license to the address ███ Santa Rosa, Detroit, MI. Investigators intercepted telephone calls between WATKINS, utilizing Telephone 3, and an individual identified as "Phil" utilizing telephone number 313-629-███ Subpoenaed telephone records indicate the subscriber of this phone number is "Philip G" with an address of ███ Ward Street, Detroit, MI. Open source database checks further revealed ███ Ward Street as a previous address for Phillip GRANGER.

76.    On May 19, 2016, at approximately 11:37 a.m., investigators intercepted a telephone call between WATKINS and GRANGER. During the phone call WATKINS says, "What's up with you?" to which GRANGER replies, "Shit. Need you," indicating he needed to purchase drugs from WATKINS, to which WATKINS replies, "What you got for me?" GRANGER replies by saying, "I got that thing." WATKINS later states, "...Look, and then, um, in your backyard," and continues, "Like if you go straight in the back yard where you see the little, that little dirt I, I poured onto the ground. Like you about to go in the gate to get in the alley," and further states, "....there's the ledges of bricks right there. You got to pull that, the, the, the little......it's a bag back there." WATKINS

45

004

continues to give further instructions on the location of the "bag" before stating,

"....It's a bag out there, just [U/I] you up another half....," telling GRANGER to

obtain a "half" from the bag, referring to an undisclosed quantity of drugs. Based

on this telephone call, your affiant believes that this location may be utilized as a

stash location by the DTO.

77.     Based on training, experience, and extensive knowledge of this

investigation, your affiant believes there is probable cause that evidence of the

Target Offenses, as described in Attachment B, will be found at ███  Santa Rosa,

Detroit, MI.

███   **Monica Street (Search Location G)**

███  Monica Street is a single story, single family
residence located south of 8 Mile Road and north of Norfolk
Street on the west side of Monica. The exterior of the
residence is covered in light tan colored brick. It has a light
colored front door, which faces east, with a black security
gate covering it. The roof is brown in color. The numbers
███  appear in light colored numbering on a brown
placard affixed to the residence on the north side of the front
door. There is a black mailbox affixed to the residence and
located on the south side of the front door. There are two (2)
windows located on the front of the residence, with one on
either side of the front door.

78.     This location is associated with Julian WATKINS. Open source

databases indicate that the current resident is Debra MCCROY, with a date of birth

of XX/XX/1955. WATKINS was intercepted, pursuant to court authorization, on

March 25, 2016, over Telephone 2, identifying himself as Winston Thompson to

005

All Defendants-00002606