## **Index of Exhibits**

Gov. Sealed Ex. 1: Affidavit

Gov. Sealed Ex. 2: DEA-6 Search Warrant Execution